1  Emily Johnson Henn (State Bar No. 269482)
   COVINGTON & BURLING LLP
2  333 Twin Dolphin Dr., Suite 700
   Redwood Shores, CA  94065
3  Telephone:  (650) 632-4700
   Facsimile:  (650) 632-4800
4  ehenn@cov.com

5  Attorneys for Defendants
   *Expedia, Inc. and Hotels.com LP*
6
   [Additional counsel listed on signature page]
7

8
                    **UNITED STATES DISTRICT COURT**
9
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 | DAVID PIENING and                              | Civil Case No.:  12-cv-4805
   | EVELYN GONZALEZ, individually and              |
13 | on behalf of others similarly situated,        | <u>CLASS ACTION</u>
   |                                                |
14 |               Plaintiffs,                      |
   |                                                | **STIPULATION** AND ORDER
15 |    v.                                          |
   |                                                |
16 | EXPEDIA, INC., HOTELS.COM LP;                  |
   | TRAVELOCITY.COM LP, SABRE                      |
17 | HOLDINGS CORPORATION,                          |
   | PRICELINE.COM INCORPORATED,                    |
18 | BOOKING.COM B.V., BOOKING.COM                  |
   | (USA), INC., ORBITZ WORLDWIDE,                 |
19 | INC., HILTON WORLDWIDE INC.,                   |
   | STARWOOD HOTELS & RESORTS                      |
20 | WORLDWIDE, INC., MARRIOTT                      |
   | INTERNATIONAL, INC., TRUMP                     |
21 | INTERNATIONAL HOTELS                           |
   | MANAGEMENT, LLC, KIMPTON                       |
22 | HOTEL & RESTAURANT GROUP, LLC,                 |
   | INTERCONTINENTAL HOTELS                        |
23 | GROUP RESOURCES, INC., and JOHN                |
   | DOES 1-100                                     |
24 |                                                |
   |               Defendants.                      |
25

26        **STIPULATION EXTENDING TIME TO APPEAR, ANSWER, MOVE OR
               <u>OTHERWISE RESPOND AND FOR STAY OF PROCEEDINGS</u>**
27

28        WHEREAS, Plaintiff filed the Complaint in this litigation on September 13, 2012;

STIPULATION
Civil Case No.:  12-cv-4805

1    WHEREAS, all of the Defendants have agreed to waive service of the complaint;

2    WHEREAS, a number of duplicative complaints have been filed nationwide;

3    WHEREAS, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed
4 before the Judicial Panel on Multi-District Litigation ("JPML") to coordinate and/or consolidate
5 all of the actions in one court;

6    WHEREAS, Plaintiff and Defendants Hotels.com LP, Travelocity.com LP, Expedia,
7 Inc., Priceline.com Incorporated, Booking.com B.V., Booking.com (USA), Inc., Sabre Holdings
8 Corporation, Orbitz Worldwide, Inc., Hilton Worldwide, Inc., Starwood Hotels & Resorts
9 Worldwide, Inc., Trump International Hotels Management, LLC, Marriott International, Inc.,
10 InterContinental Hotels Group Resources, Inc., and Kimpton Hotel & Restaurant Group, LLC
11 (collectively "Defendants") expect that all of the actions will be coordinated and/or consolidated
12 before one court;

13    WHEREAS, Plaintiff and Defendants wish to preserve the parties' and the court's
14 resources and efficiently manage the litigation so as not to cause prejudice;

15    NOW THEREFORE, the parties agree as follows:

16    1.    Defendants will not be required to answer or otherwise plead in response to the
17 Complaint until 60 days after a consolidated amended complaint is filed in a transferee court.
18 Plaintiffs will file their opposition to any motion to dismiss, if filed, within 60 days thereafter.
19 In the event that the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied,
20 the parties will confer within seven (7) days of the JPML's order regarding the due date for
21 responsive pleadings in this action.  No discovery shall be served in the above-styled matter
22 while this stipulation is in effect.

23    2.    Defendants agree that they will seek this same stipulation in any related action
24 and, if they are unable to reach agreement, will file a motion to stay any related action before
25 filing a responsive pleading in those related actions.

26    3.    In the event that Defendants voluntarily file or are ordered to file a responsive
27 pleading in any other related action prior to the JPML's decision, Defendants agree that this

1  stipulation will become void and in that event, all of the parties agree to negotiate in good faith
2  regarding a responsive pleading date.
3      4.     Defendants agree that they will engage in a conference pursuant to Fed. R. Civ.
4  P. 26(f) with Plaintiff within 14 days of appointment of lead counsel for the Plaintiffs in the
5  transferee court.
6  Dated: September 25, 2012

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| By:   /s/ Yvonne Ballesteros<br>Yvonne Ballesteros<br>PRICE WAICUKAUSKI & RILEY, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204<br>Telephone: (317) 633-8787<br>Facsimile: (317) 633-8797<br>wriley@price-law.com<br>yballesteros@price-law.com<br><br>Attorneys for Plaintiffs<br>*David Piening and Evelyn Gonzalez* | By:   /s/ Emily Johnson Henn<br>Emily Johnson Henn (SBN 269482)<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Dr., Suite 700<br>Redwood Shores, CA 94065<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>ehenn@cov.com<br><br>Attorneys for Defendants<br>*Expedia, Inc. and Hotels.com LP*<br><br>By:   /s/ Timothy T. Scott<br>Timothy T. Scott<br>Leo Spooner III<br>KING & SPALDING LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900<br>tscott@kslaw.com<br>lspooner@kslaw.com<br><br>Jeffrey S. Cashdan<br>Christine A. Hopkinson<br>Sarah E. Statz<br>KING & SPALDING LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br>jcashdan@kslaw.com<br>chopkinson@kslaw.com<br>sstatz@kslaw.com<br><br>Attorneys for Defendant<br>*InterContinental Hotels Group Resources, Inc.* |

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   |                                                      |
| 2   | By:   /s/ Marie L. Fiala                             |
|     |       Marie L. Fiala                                 |
| 3   |       Ryan M. Sandrock                               |
|     |       SIDLEY AUSTIN LLP                              |
| 4   |       555 California Street                          |
|     |       San Francisco, CA  94104                       |
| 5   |       Telephone:  (415) 772-1200                     |
|     |       Facsimile:  (415) 772-7400                     |
| 6   |       mfiala@sidley.com                              |
|     |       rsandrock@sidley.com                           |
| 7   |                                                      |
|     |       Attorneys for Defendant                        |
| 8   |       *Kimpton Hotel & Restaurant Group, LLC*        |
| 9   |                                                      |
|     | By:   /s/ Christopher J. Kelly                       |
| 10  |       Christopher J. Kelly (SBN 276312)              |
|     |       MAYER BROWN LLP                                |
| 11  |       Two Palo Alto Square, Suite 300                |
|     |       3000 El Camino Real                            |
| 12  |       Palo Alto, CA  94306-2112                      |
|     |       Telephone:  (650) 331-2000                     |
| 13  |       Facsimile:  (650) 331-2061                     |
|     |       cjkelly@mayerbrown.com                         |
| 14  |                                                      |
|     |       Robert E. Bloch                                |
| 15  |       Richard Ben-Veniste                            |
|     |       MAYER BROWN LLP                                |
| 16  |       1999 K Street, N.W.                            |
|     |       Washington, D.C.  20006                        |
| 17  |       Telephone:  (202) 263-3203                     |
|     |       Facsimile:  (202) 263-5203                     |
| 18  |       rbloch@mayerbrown.com                          |
|     |       rben-veniste@mayerbrown.com                    |
| 19  |                                                      |
|     |       Attorneys for Defendants                       |
| 20  |       *Starwood Hotels & Resorts Worldwide, Inc.*    |
| 21  |                                                      |
| 22  | By:   /s/ Kevin J. Arquit                            |
|     |       Kevin J. Arquit                                |
| 23  |       SIMPSON THACHER & BARTLETT LLP                 |
|     |       425 Lexington Avenue                           |
| 24  |       New York, NY  10017                            |
|     |       Telephone:  (212) 455-2000                     |
| 25  |       Facsimile:  (212) 455-2502                     |
|     |       karquit@stblaw.com                             |
| 26  |                                                      |
|     |       Attorneys for Defendants                       |
| 27  |       *Priceline.com Incorporated,*                  |
|     |       *Booking.com (USA), Inc. and*                  |
| 28  |       *Booking.com B.V.*                             |

By:    /s/ Christopher S. Yates
Christopher S. Yates
Daniel M. Wall
Brendan A. McShane
Jason L. Daniels
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
chris.yates@lw.com
dan.wall@lw.com
brendan.mcshane@lw.com
jason.daniels@lw.com

Attorneys for Defendant
*Orbitz Worldwide, Inc.*


By:    /s/ George S. Cary
George S. Cary
Steven J. Kaiser
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C.  20006
New York, NY  10017
Telephone:  (212) 974-1554
Facsimile:  (212) 974-1999
gcary@cgsh.com
skaiser@cgsh.com

Attorneys for Defendants
*Travelocity.com LP and Sabre Holdings Corporation*


By:    /s/ Francis J. Burke, Jr.
Francis J. Burke, Jr.
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:  (310) 201-5214
Facsimile:  (310) 282-6993
fburke@seyfarth.com

Attorney for Defendant
*Trump International Hotels Management, LLC*

STIPULATION
Civil Case No.:  12-cv-4805

5

By:     /s/ Steven A. Newborn
Steven A. Newborn
Carrie M. Anderson
Daniel E. Antalics
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
steven.newborn@weil.com

*Of Counsel:*
James C. Egan, Jr.

Attorneys for Defendant
*Hilton Worldwide, Inc.*

By:     /s/ Jeffrey Kilduff
Jeffrey Kilduff
Ian T. Simmons
Katrina M. Robson
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Jkilduff@omm.com
isimmons@omm.com
krobson@omm.com

Attorneys for Defendant
*Marriott International Inc.*

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

IT IS SO ORDERED:

_____

United States 

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

          /s/ Emily Johnson Henn
           Emily Johnson Henn